AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
### Eastern Division

**CHRISTOPHER  BONHAM,**

        **Petitioner,**

**JUDGMENT IN A CIVIL CASE**

**v.**

**BRIAN COOK, WARDEN,**         **CASE NO.  C2-10-0925**
                                     **JUDGE EDMUND A. SARGUS, JR.**
        **Respondent.**         **MAGISTRATE JUDGE MARK R. ABEL**

\_\_\_   **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

X̶   **Decision by Court.**  A decision has been rendered by the Court without a hearing or trial**.**

      **Pursuant to the OPINION and ORDER filed January 11, 2011, JUDGMENT is hereby entered DISMISSING this action.**

Date: January 11, 2011                 JAMES BONINI, CLERK

                              */S/ Andy F. Quisumbing*
                              (By) Andy F. Quisumbing
                               Courtroom Deputy Clerk